Charles Wiese, Arthur Wiese and C. R. Welton, Plaintiffs-Appellees, v. Ivan F. Mieher and Fred C. Mieher, Defendants-Appellants.

Gen. No. 10,110.

Third District.

April 23, 1957.

Rehearing denied July 16, 1957.

Released for publication July 16, 1957.

D. A. McGrady, for appellants; Rinaker, Smith & Hebron, for appellees. Opinion by PRESIDING JUSTICE REYNOLDS. Not to be published in full.